REEVES *v.* ALLEN.

DEPOSITION.—*Proceedings before Mayor.*—Depositions of witnesses may be taken out of the State, in an action pending before the mayor of a city.

APPEAL from the Putnam Common Pleas.

DOWNEY, J.—The only question in this case is, whether or not depositions of witnesses may be taken out of the State, in an action pending before the mayor of a city, who, by law, has the jurisdiction and powers of a justice of the peace. The common pleas decided that they could not be taken. We are of the opinion that this decision cannot be maintained. Prof. Greenleaf says: "This method of obtaining testimony from witnesses, in a foreign country, has always been familiar in the courts of admiralty; but it is also deemed to be within the inherent powers of all courts of justice." 1 Greenl. Ev., sec. 320.

But however this may be, we think the question in this State is settled by statute. It is enacted, in sec. 49, p. 591, 2 G. & H., that "depositions of witnesses or parties residing out of the county, or sick, or about to leave the same, may be taken under the rules prescribed by law for taking depositions; and if such party or witness be absent from the county or unable to attend at the trial, may be read as evidence in any cause; and no dedimus shall be necessary in such case." The question, whether a dedimus or commission is necessary when the deposition is taken out of the State, is not before us in this case, and need not be decided, for there was a dedimus or commission issued by the mayor, in pursuance of which the deposition was taken.

The judgment is reversed, with costs, and the cause remanded, with instructions to grant a new trial, to overrule the motion to suppress the deposition on the ground stated, and for further proceedings.

*S. Turman* and *J. Birch,* for appellant.

*D. E. Williamson* and *A. Daggy,* for appellee.